UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RICHARD COSGROVE,

    Plaintiff,

vs.

GLEN WHORTON, an individual,

    Defendant.

CASE NO. 3:06-cv-00703-LRH-RAM

STIPULATION TO AMEND PRETRIAL ORDER (DOCKET 20) ; ORDER

The parties stipulate to an order to allow Plaintiff to amend the Pretrial Order to add certain exhibits.

Good cause, and excusable neglect (Fed.R.Civ.P. 6(b)) exists for the requested relief in that until recently preparing for the settlement conference, counsel for Plaintiff did not discover Defendant's responses to Plaintiff's First Set of Request for Production of Documents, served October 22, 2007, which included as attachments various exhibits essential to trial. The documents were not seen when preparing the Pretrial Order. Otherwise, the documents would have been included as Plaintiff's exhibits in the original Pretrial Order. Plaintiff wishes to add all of the documents produced with Defendant's Response to Plaintiff's First Set of Request for Production of Documents

Each of these documents are pertinent to the timeline of events that occurred in this case. Each of these documents is important to the jury's understanding of the facts. Each of these exhibits will therefore be helpful to the trier-of-fact in understanding facts that will be of consequence to their ultimate determination of the facts. Therefore, the interests of justice warrant their addition. These documents were produced by the Defendant in discovery, and

he and counsel are thus well-aware of them and for this reason Defendant there is no prejudice.

DATED June 26TH, 2008

LAW OFFICE OF
JEFFREY A. DICKERSON

_____
JEFFREY A. DICKERSON

DATED June 26, 2008

OFFICE OF THE ATTORNEY GENERAL

_____
HEATHER D. PROCTER

## ORDER

IT IS SO ORDERED this 1st day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE