AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

```
✓ FILED           ___ RECEIVED
___ ENTERED       ___ SERVED ON
                  COUNSEL/PARTIES OF RECORD

          AUG 2 6 2008

CLERK US DISTRICT COURT
  DISTRICT OF NEVADA
BY: _____ DEPUTY
```

| | |
|---|---|
| RICHARD COSGROVE, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CASE NO. 3:06-cv-703-LRH(RAM) |
| v. | |
| GLEN WHORTON, | |
| Defendant. | |

(✓)  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered a verdict.

( )  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the jury finds in favor of plaintiff Richard Cosgrove and against defendant Glen Whorton in the amount of THREE HUNDRED FIFTY THOUSAND DOLLARS ($350,000.00).

AUGUST 15, 2008
Date

LANCE S. WILSON, CLERK

By: R. MILLER
    Deputy Clerk