AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

RICHARD COSGROVE,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

                    CASE NUMBER: **3:06-CV-00703-LRH-RAM**

GLEN WHORTON, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff has accepted the Court's reduced judgment of $240,000 in lieu of a new trial.


  December 1, 2008                                    **LANCE S. WILSON**
                                                                        Clerk

                                                                       /s/ D. R. Morgan
                                                                      Deputy Clerk